# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CRIMINAL CASE COVER SHEET

**Division of Filing**     **Place of Offense**     **Matter to be Sealed**

☒ Western    ☐ St. Joseph    <u>Jackson</u>    ☐ Secret Indictment
☐ Central    ☐ Southern    County and elsewhere    ☐ Juvenile
☐ Southwestern

**Defendant Information**
Defendant Name    <u>(1) Shannon P. Baker</u>
Alias Name
Birthdate    <u>July 3, 1980</u>

**Related Case Information**
Superseding Indictment/Information ☐ Yes ☐ No if yes, original case number _____
New Defendant ■ Yes ☐ No
Prior Complaint Case Number, if any _____

**U.S. Attorney Information**
SAUSA    <u>Sydney N. Sanders</u>

**Interpreter Needed**
☐ Yes    Language and/or dialect _____
■ No

**Location Status**
Arrest Date _____
☐ Currently in Federal Custody
☐ Currently in State Custody    Writ Required    ☐ Yes ☐ No
☐ Currently on bond    Warrant Required    ■ Yes ☐ No

**U.S.C. Citations**
Total # of Counts    <u>3</u>

| Set | Index Key/Code/Offense Level | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 1 | 21:846=CD.F/6801/4 | Conspiracy to distribute methamphetamine | 1 |
| 2 | 21:841B=CP.F/6804/4 | Possession of methamphetamine with intent to distribute | 2 |
| 3 | 21:841D=CD.F/6801/4 | Distribution of methamphetamine | 3 |

Date    <u>9/22/11</u>      Signature of SAUSA    <u>/s/ Sydney N. Sanders</u>