**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**

**CRIMINAL CASE COVER SHEET**

| **Division of Filing** | | | **Place of Offense** | **Matter to be Sealed** | |
|---|---|---|---|---|---|
| ⊠ Western | ☐ | St. Joseph | Jackson | ☐ | Secret Indictment |
| ☐ Central | ☐ | Southern | County and elsewhere | ☐ | Juvenile |
| ☐ Southwestern | | | | | |

**Defendant Information**

Defendant Name      (2) Michael A . Miller

Alias Name

Birthdate      September 6, 1979

**Related Case Information**

Superseding Indictment/Information ☐ Yes ☐ No  if yes, original case number _____

New Defendant             ■ Yes ☐ No

Prior Complaint Case Number, if any _____

**U.S. Attorney Information**

SAUSA      Sydney N. Sanders

**Interpreter Needed**

☐ Yes      Language and/or dialect _____

■ No

**Location Status**

Arrest Date _____

☐ Currently in Federal Custody

☐ Currently in State Custody      Writ Required     ☐ Yes ☐ No

☐ Currently on bond           Warrant Required  ■ Yes ☐ No

**U.S.C. Citations**

Total # of Counts  2

| Set | Index Key/Code/Offense Level | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 1 | 21:846=CD.F/6801/4 | Conspiracy to distribute methamphetamine | 1 |
| 2 | 21:841D=CD.F/6801/4 | Distribution of methamphetamine | 3 |
| 3 | | | |
| 4 | | | |
| 5 | | | |

Date     9/22/11      Signature of SAUSA  /s/ Sydney N. Sanders