IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

v.  Case No. 11-00227-01-CR-W-DW

SHANNON P. BAKER

AUSA: Sydney Wallace, Special Assistant
Defense Atty.: Tony R. Miller

| Judge | Sarah W. Hays<br>United States Magistrate Judge | Date and Time | **March 13, 2012**<br>11;00 - 11:05 AM |
|---|---|---|---|
| Deputy Clerk | Lori Carr | Tape/Reporter | FTR/lac |
| Interpreter | None | Pretrial/Prob: | |

# Clerk's Minutes

COMPETENCY HEARING

**REMARKS:** Parties present in person and with counsel. Governments counsel offers and the parties stipulate to the Forensic Evaluation prepared by Tiffany K. Brown, Forensic Psychologist and reviewed by Ralph Ihle, Chief Forensic Psychologist, dated 2/16/2012. No additional evidence is presented. The Court will issue a Report and Recommendation to the District Judge. Transcript ordered. Court adjourns. Defendant returned to custody.