IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 11-0227-01-CR-W-GAF |
| ) | |
| SHANNON P. BAKER, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Now pending before the Court is Defendant's Motion for Mental Examination (Doc. #38). On March 13, 2012, the Court held a hearing on the issue of defendant's competency to stand trial. The parties stipulated that the Court could consider the Forensic Evaluation dated February 16, 2012, prepared by Tiffany K. Brown, Psy.D., and reviewed by Ralph Ihle, Ph.D., Chief/Forensic Psychologist at the Metropolitan Detention Center in Los Angeles, California. No other evidence was offered on the issue of defendant's competency to stand trial.

On March 16, 2012, United States Magistrate Judge Sarah W. Hays issued her Report and Recommendation (Doc. #55).

Upon careful and independent review of the record, as well as the applicable law, and there being no objections filed to the Report and Recommendation, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge Sarah W. Hays.

Accordingly, it is ORDERED that defendant Shannon P. Baker is found to not be currently suffering from a mental disease or defect which would prevent him from understanding the nature and consequences of the proceedings against him or assisting in his defense and that he is competent to stand trial.

                                            s/ Gary A. Fenner
                                            Gary A. Fenner, Judge
                                            United States District Court

DATED:   April 3, 2012

2

Case 4:11-cr-00227-GAF   Document 61   Filed 04/03/12   Page 2 of 2