# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

## CRIMINAL MINUTES - CHANGE OF PLEA

United States of America          Case Number: 11-00227-01-CR-W-GAF
v.          Date: 04/16/12
SHANNON BAKER

Honorable Gary A. Fenner presiding at Kansas City, Missouri

Time commenced: 11:35 a.m.          Time terminated: 12:00 p.m.

| Plaintiff | Appearances | Defendant |
|---|---|---|
| Sydney Sanders, AUSA | | Tony Miller |

**PROCEEDINGS:**
Defendant appears to change his plea from not guilty to guilty on count(s) 1 and 3 of indictment.

Indictment and range of punishment is read.
- X    Defendant sworn.
- X    Court questions defendant regarding his physical and mental condition. Defendant advised of right to trial by jury, maximum and minimum terms of incarceration and fine ranges.
- X    Plea agreement filed.
- X    Court accepts defendant's plea.
- X    Court orders Presentence Investigation (PSI).
- X    Defendant remanded to custody.

**REMARKS:**

Court Reporter: Kathy Calvert          Tracy Diefenbach, Courtroom Deputy